FLORENCE B. ENNIS, Appellant, v. HOWARD CHICHESTER, Individually and as Executor of WILLIAM H. BROWN, Deceased, et al., Respondents.

*Ennis* v. *Chichester*, 187 App. Div. 53, affirmed.

(Argued December 10, 1919; decided January 6, 1920.)

APPEAL from a judgment, entered May 8, 1919, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was to establish and enforce an alleged oral contract said to have been made by William H. Brown, now deceased, with Robert McD. Cugle, the father of plaintiff, in or about the year 1890, whereby the said Brown agreed that the plaintiff should, upon the death of said William H. Brown, receive all of his estate.

*Samuel Seabury, James E. Duross* and *William Steele Grey* for appellant.

*Francis M. Scott* and *Henry Thompson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ. Dissenting: HOGAN, J.